**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**D.M.,**
***individually and as parent and natural guardian of minor child on behalf of C. C.,***

**Plaintiff,**

**v.**

**CITY OF COLUMBUS, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-00551**
**Judge Michael H. Watson**
**Magistrate Judge S. Courter M. Shimeall**

**ORDER**

This matter is before the Court on Plaintiff's Emergency Motion for Administrative Docket Corrections (ECF No. 28), wherein Plaintiff requests that the Court make several corrections to the docket. For the reasons that follow, Plaintiff's Motion is **GRANTED in part** and **DENIED in part**.

First, Plaintiff correctly notes that her Exhibit U and X were inadvertently filed in unredacted form on the public docket; she requests that they be placed under seal. (ECF Nos. 21-2, 21-4.) The Court's June 4, 2026 Opinion and Order ("June 4 O&O") granted Plaintiff leave to file redacted versions of Exhibits U and X, permitted Plaintiff an opportunity to file a supplemental motion to seal those Exhibits in their entirety, and temporarily sealed the redacted versions pending the resolution of any supplemental motion. (*See* ECF No. 15, PAGEID #: 480.) Plaintiff elected to proceed with her redacted versions of Exhibits U and X as opposed to filing a supplemental motion to seal them in their entirety. (ECF No. 21.) Accordingly, Plaintiff's Motion is **GRANTED** as to Exhibits U and X. The Court **DIRECTS** the Clerk to **PERMANENTLY SEAL**

ECF Nos. 21-2 and 21-4. The Court further **DIRECTS** the Clerk to **LIFT** the temporary seal on the redacted versions of Exhibits U and X. (ECF Nos. 17, 17-1.)

Second, Plaintiff represents that her redacted Exhibit Q does not appear on the public docket. The Court's June 4 O&O granted Plaintiff leave to file her redacted Exhibit Q and directed the Clerk to file the redacted version of Exhibit Q on the public docket. (ECF No. 15, PAGEID #: 479.) The docket reflects that Plaintiff's redacted Exhibit Q is filed on the public docket at docket entry ECF No. 18. Accordingly, Plaintiff's Motion is **DENIED as moot** as to Exhibit Q.

Third, Plaintiff requests that the Court "recognize Exhibit W as part of the operative Second Amended Complaint and include it within the privacy and sealing framework established in [the Court's June 4 O&O]." (ECF No. 28, PAGEID #: 906.) Plaintiff filed her Exhibit W "on the public docket" and did not include it in her prior sealing requests because Exhibit W is "a publicly available Facebook post advertising after-school program positions" that "contains no minor-identifying information and no sensitive or confidential material." (ECF No. 12, PAGEID #: 412.) Thus, although the Court recognizes Exhibit W as part of Plaintiff's Complaint, the Court did not consider Exhibit W in its sealing analysis because Plaintiff did not move to seal Exhibit W and the Court found no independent reason to seal Exhibit W. Accordingly, to the extent Plaintiff's Motion requests that the Court seal all or part of Exhibit W, the Motion is **DENIED**.

Finally, Plaintiff requests that the Court clarify why ECF Nos. 7, 8, and 17 do not appear on the public docket. ECF Nos. 7, 8, and 17 do not currently appear on the public docket because they are temporarily or permanently sealed entries. Specifically, ECF Nos. 7 and 8 contain Plaintiff's permanently sealed unredacted Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, and T. ECF No. 17 contains Plaintiff's temporarily sealed, redacted Exhibits U and X. Consistent with the Court's direction above, ECF No. 17 will be unsealed pursuant to this Order.

In sum, Plaintiff's Motion is **GRANTED** as to Exhibits U and X, **DENIED as moot** as to Exhibit Q, and **DENIED** as to Exhibit W.

The Court **DIRECTS** the Clerk to **PERMANENTLY SEAL** ECF Nos. 21-2 and 21-4. The Court further **DIRECTS** the Clerk to LIFT the temporary seal on the redacted versions of Exhibits U and X. (ECF Nos. 17, 17-1.)

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**